UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| IN RE: | } | CASE NUMBER |
| | } | 14-35132-AJC |
| PZP INVESTMENTS, INC | } | |
| | } | |
| | } | |
| DEBTOR. | } | CHAPTER 11 |

DEBTOR'S MONTHLY OPERATING REPORT (BUSINESS)

FOR THE PERIOD
FROM 11/13/14  TO 11/30/14

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with the
Guidelines established by the United States Trustee and FRBP 2015.

Attorney for Debtor's Signature

Debtor's Address
and Phone Number:

PZP INVESTMENTS, INC.

27455 S DIXIE HIGHWAY
MIAMI, FL 33032
PHONE: 305-247-4711

Attorney's Address
and Phone Number:

DOLORES K. SANCHEZ, ESQ

4701 N FEDERAL HIGHWAY . STE 316
LIGHTHOUSE POINT, FL 33064
PHONE: 954-785-8585

Note: The original Small Business Monthly Operating Report is to be filed with the court and a copy
simultaneously provided to the United States Trustee Office. Monthly Operating Reports must be filed
by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United
States Trustee Program Website, http://www.usdoj.gov/ust/r21/reg_info.htm
1)      Instructions for Preparations of Debtor's Chapter 11 Monthly Operating Report
2)      Initial Filing Requirements
3)      Frequently Asked Questions (FAQs)http://www.usdoj.gov/ust/

MOR-1

B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

In re    *P. Z. P. Investments*,                     Case No.    *14-35132-AJC*
_____Debtor_____

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month:    *November*                     Date filed:    *1/21/15*

Line of Business:    *Flea Market*       NAISC Code:    *523910*

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_Consuelo Zapata_
Original Signature of Responsible Party

*CONSUELO    ZAPATA*
Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| | | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☒ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☒ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☒ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☒ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☒ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☒ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☒ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☒ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☒ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☒ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☒ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☒ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☒ |

B 25C (Official Form 25C) (12/08)

| | | | |
|---|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☑ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☑ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?                                                        ☐            ☑

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL INCOME** $ _13 940.55_

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month                          $ _6 845.59_

Cash on Hand at End of Month                           $ _8 079.16_

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU    **TOTAL**    $ _____

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL EXPENSES** $ _18,348-01_

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)*                          $ _20 785.94_

EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)*                        $ _18 348 01_

*(Subtract Line C from Line B)*    **CASH PROFIT FOR THE MONTH**    $ _2 437.93_

Page 3

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED
SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE
THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE
DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES** $ _____

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK
YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO
OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY
WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES** $ _____

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU
HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED
BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?                                    3

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?                      2

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING
PERIOD?                                                                        $   — 0 —

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING
OF THE CASE?                                                                   $   — 0 —

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS
REPORTING PERIOD?                                                              $   — 0 —

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE
FILING OF THE CASE?                                                            $   — 0 —

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ | $ | $ |
| EXPENSES | $ | $ | $ |
| CASH PROFIT | $ | $ | $ |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH:  $ _____

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH:  $ _____

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH:  $ _____

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.**



Date 11/28/14
Images

GRUPO
Page    000440
1

PZP INVESTMENTS INC
DBA REVELATION MARKET PLACE
27455 S DIXIE HWY
MIAMI FL 33032

International by Name, Local at Heart.

****************************** CHECKING ACCOUNT *******************************

            Account Type:  PZP INVESTMENTS INC
                           DBA REVELATION MARKET PLACE

Dear Customer:
On October 31, 2014 our Weston Branch will be closed and centralized in our
Miami offices. We will continue to service your account from our Westchester
Branch, Brickell Branch and Douglas Road Main Office. You are more than welcome
to request additional assistance or information regarding your financial needs
by calling us at (305) 648 8800 or by visiting us at www.IFBbank.com

| Business Checking Domestic | | Number of Images | 0 |
|---|---|---|---|
| Account Number | Acct Ending 0895 | Statement Dates  11/03/14 thru 11/30/14 | |
| Previous Balance | 905.74 | Days in the statement period | 28 |
| 10 Deposits/Credits | 1,156.47 | Average Ledger Bal | 962.77 |
| 9 Checks/Debits | 1,002.47 | Average Collected Bal | 962.77 |
| Service Charge | 15.00 | | |
| Interest Paid | .00 | | |
| Current Balance | 1,044.74 | | |

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft item fees | $.00 | $33.06 |
| Total Return item fees | $.00 | $33.00 |





INTERNATIONAL FINANCE BANK
777 SW 37th Ave  |  Suite 700  |  Miami, Florida 33135  |  Tel.: 305.648.8800  |  www.IFBBank.com



Date 11/28/14
Images

PZP INVESTMENTS INC
DBA REVELATION MARKET PLACE
27455 S DIXIE HWY
MIAMI FL 33032

Business Checking Domestic        Acct Ending 0895   (Continued)

**Detail of Service Charge(s)**

| Date | Description | Fee Amount |
|------|-------------|------------|
| 11/28 | Min Balance Maintenance Fee | 15.00 |

---------------------------- Activity in Date Order ----------------------------

| Date | Description | Amount | Balance |
|------|-------------|--------|---------|
| 11/03 | UNITDMSDEP UNITED MS CCD | 9.63 | 915.37 |
| 11/03 | COLLECTION AMERICAN EXPRESS CCD | 7.95- | 907.42 |
| 11/03 | FEES SBP   NPC CCD | 44.90- | 862.52 |
| 11/04 | UNITDMSDEP UNITED MS CCD | 42.80 | 905.32 |
| 11/04 | UNITDMSDEP UNITED MS CCD | 54.03 | 959.35 |
| 11/04 | UNITDMSSTL UNITED MS CCD | 51.16- | 908.19 |
| 11/07 | EPAY       CHASE WEB | 100.00- | 808.19 |
| 11/12 | UNITDMSDEP UNITED MS CCD | 215.93 | 1,024.12 |
| 11/12 | UNITDMSDEP UNITED MS CCD | 328.00 | 1,352.12 |
| 11/12 | RECEIVABLE MY ALARM CTR ACH CCD | 49.43- | 1,302.69 |
| 11/12 | Payment    ATT TEL | 349.03- | 953.66 |
| 11/17 | ACH PMT    AMEX EPayment WEB | 100.00- | 853.66 |
| 11/17 | E-PAYMENT  DISCOVER WEB | 200.00- | 653.66 |
| 11/18 | UNITDMSDEP UNITED MS CCD | 23.00 | 676.66 |
| 11/18 | UNITDMSDEP UNITED MS CCD | 197.12 | 873.78 |
| 11/18 | UNITDMSDEP UNITED MS CCD | 253.15 | 1,126.93 |




MEMBER
FDIC



Date 11/28/14
Images

GROUP 3

000440 3

PZP INVESTMENTS INC
DBA REVELATION MARKET PLACE
27455 S DIXIE HWY
MIAMI FL 33032

Business Checking Domestic          Acct Ending 0895   (Continued)

-------------------------- Activity in Date Order -----------------------------

| Date | Description | Amount | Balance |
|------|-------------|--------|---------|
| 11/19 | UNITDMSDEP UNITED MS | 26.81 | 1,153.74 |
|  | CCD | 100.00- | 1,053.74 |
| 11/20 | ACH PMT      AMEX EPayment | | |
|  | WEB | 6.00 | 1,059.74 |
| 11/25 | UNITDMSDEP UNITED MS | | |
|  | CCD | 15.00-SC | 1,044.74 |
| 11/28 | Service charge | | |





'ONAL FINANCE BANK
| Suite 700 | Miami, Florida 33135 | Tel.: 305.648.8800 | www.IFBBank.com

# CHASE 

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

November 01, 2014 through November 28, 2014

Account Number: ▉▉▉▉▉▉4488

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | **1-800-242-7383** |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00438662 1 AV 0.381

կիկիկրկիկիկիկիկիկիկիկիկիկիկիկիկիկիկիկիկի

00438662 DRE 021 141 33314 NNNNNNNNNNN T 1 000000000 60 0000 T2172773 P66534

P Z P INVESTMENTS INC
DBA REVELATION MARKET PLACE
27455 S DIXIE HWY
HOMESTEAD FL 33032-8231



## CHECKING SUMMARY
Chase BusinessClassic

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$25,733.92** |
| Deposits and Additions | 24 | 26,768.97 |
| Checks Paid | 31 | - 35,398.07 |
| ATM & Debit Card Withdrawals | 16 | - 2,099.55 |
| Electronic Withdrawals | 12 | - 12,970.85 |
| **Ending Balance** | **83** | **$2,034.42** |

Your monthly service fee was waived because you maintained an average checking balance of $5,000 or more during the statement period.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | | AMOUNT |
|---|---|---|---|---|
| 11/03 | Deposit | 666085443 | | $3,747.15 |
| 11/03 | Worldpay | Dep Trf | Lk437154 110214 CCD ID: 9581916017 | 680.00 |
| 11/03 | Worldpay | Dep Trf | Lk437154 103114 CCD ID: 9581916017 | 620.00 |
| 11/03 | Worldpay | Dep Trf | Lk437154 110114 CCD ID: 9581916017 | 620.00 |
| 11/04 | Worldpay | Statement | Lk437154      CCD ID: 9581916017 | 348.92 |
| 11/06 | Deposit | 672818481 | | 1,284.00 |
| 11/06 | Worldpay | Dep Trf | Lk437154 110514 CCD ID: 9581916017 | 80.00 |
| 11/07 | Worldpay | Dep Trf | Lk437154 110614 CCD ID: 9581916017 | 240.00 |
| 11/10 | Deposit | 672818482 | | 3,894.00 |
| 11/10 | Worldpay | Dep Trf | Lk437154 110714 CCD ID: 9581916017 | 600.00 |
| 11/10 | Worldpay | Dep Trf | Lk437154 110914 CCD ID: 9581916017 | 500.00 |
| 11/10 | Worldpay | Dep Trf | Lk437154 110814 CCD ID: 9581916017 | 180.00 |
| 11/13 | Worldpay | Dep Trf | Lk437154 111214 CCD ID: 9581916017 | 40.00 |
| 11/14 | Worldpay | Dep Trf | Lk437154 111314 CCD ID: 9581916017 | 500.00 |
| 11/17 | Deposit | 1341327382 | | 6,570.77 |
| 11/17 | Worldpay | Dep Trf | Lk437154 111414 CCD ID: 9581916017 | 700.00 |
| 11/17 | Worldpay | Dep Trf | Lk437154 111614 CCD ID: 9581916017 | 580.00 |

# CHASE ◘

November 01, 2014 through November 28, 2014
Account Number: ▇▇▇▇▇▇▇4488

## DEPOSITS AND ADDITIONS | *(continued)*

| DATE | DESCRIPTION | | | AMOUNT |
|------|-------------|---|---|--------|
| 11/17 | Worldpay | Dep Trf | Lk437154 111514 CCD ID: 9581916017 | 540.00 |
| 11/21 | Deposit | 1418780725 | | 3,000.00 |
| 11/21 | Worldpay | Dep Trf | Lk437154 112014 CCD ID: 9581916017 | 220.00 |
| 11/24 | Deposit | 1341494369 | | 1,044.13 |
| 11/24 | Worldpay | Dep Trf | Lk437154 112314 CCD ID: 9581916017 | 460.00 |
| 11/24 | Worldpay | Dep Trf | Lk437154 112214 CCD ID: 9581916017 | 240.00 |
| 11/24 | Worldpay | Dep Trf | Lk437154 112114 CCD ID: 9581916017 | 80.00 |

**Total Deposits and Additions**                                          **$26,768.97**

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|-----------|-------------|-----------|--------|
| 1694 ^ | | 11/05 | S5,102.40 |
| 1702 * ^ | | 11/03 | 10,204.80 |
| 1708 * ^ | | 11/04 | 146.57 |
| 1711 * ^ | | 11/03 | 216.64 |
| 1715 * ^ | | 11/04 | 5,102.40 |
| 1716 ^ | | 11/03 | 258.13 |
| 1717 ^ | | 11/03 | 216.64 |
| 1718 ^ | | 11/04 | 206.87 |
| 1719 ^ | | 11/03 | 200.00 |
| 1720 ^ | | 11/04 | 146.57 |
| 1721 ^ | | 11/20 | 1,510.00 |
| 1722 ^ | | 11/10 | 258.13 |
| 1723 ^ | | 11/12 | 216.64 |
| 1724 ^ | | 11/10 | 206.87 |
| 1725 ^ | | 11/10 | 200.00 |
| 1726 ^ | | 11/13 | 2,197.64 |
| 1727 ^ | | 11/20 | 268.36 |
| 1728 ^ | | 11/17 | 258.13 |
| 1729 ^ | | 11/18 | 216.64 |
| 1730 ^ | | 11/17 | 206.87 |
| 1731 ^ | | 11/17 | 200.00 |
| 1732 ^ | | 11/20 | 146.57 |
| 1733 ^ | | 11/21 | 5,102.40 |
| 1734 ^ | | 11/26 | 25.00 |
| 1735 ^ | | 11/20 | 474.80 |



**CHASE** ○

November 01, 2014 through November 28, 2014
Account Number: ████████4488

## CHECKS PAID | *(continued)*

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|-----------|-------------|-----------|--------|
| 1736 ^ | | 11/21 | 420.00 |
| 1737 ^ | | 11/25 | 258.13 |
| 1738 ^ | | 11/25 | 216.64 |
| 1739 ^ | | 11/25 | 807.36 |
| 1740 ^ | | 11/24 | 206.87 |
| 1741 ^ | | 11/24 | 200.00 |

**Total Checks Paid**      **$35,398.07**

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

\* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.



## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 11/03 | Card Purchase        10/31 Dnh*Godaddy.Com 480-5058855 AZ Card 5262 | $20.97 |
| 11/03 | Card Purchase        11/02 Batteries Plus #66 Miami FL Card 9282 | 53.48 |
| 11/04 | Card Purchase With Pin  11/04 The Home Depot 6355 Florida City FL Card 9282 | 68.32 |
| 11/06 | Card Purchase        11/05 Buyfirealarmparts 888-303-2656 FL Card 5262 | 496.76 |
| 11/07 | Card Purchase        11/07 Vmc*Cutcocutlery 800-826-0448 NY Card 5262 | 181.03 |
| 11/13 | Card Purchase        11/11 Carulla Las Palmas  05001Medelli Card 9282 CO Peso 198540.00 X 0.000475672 (Exchg Rte) + 2.83 (Exchg Rte | 97.27 |
| 11/14 | Recurring Card Purchase  11/13 Sunpass*Acc14359888 888-865-5352 FL Card 5262 | 25.00 |
| 11/14 | Recurring Card Purchase  11/14 Netflix.Com Netflix.Com CA Card 9282 | 12.96 |
| 11/17 | Card Purchase        11/14 Tour America Rv's Inc 305-639-1919 FL Card 9282 | 342.95 |
| 11/17 | Recurring Card Purchase  11/17 Dtv*Directv Service 800-347-3288 CA Card 5262 | 115.42 |
| 11/18 | Card Purchase        11/17 Marrero Trivedi Chami 305-446-0163 FL Card 5262 | 500.00 |
| 11/19 | Recurring Card Purchase  11/18 Pandora*Internet Radi 510-451-4100 CA Card 5262 | 5.45 |
| 11/19 | Recurring Card Purchase  11/18 Pandora*Internet Radi 510-451-4100 CA Card 5262 | 4.36 |
| 11/20 | Card Purchase        11/18 American Airlines  05615Rionegr Card 9282 CO Peso 151300.00 X 0.000463384 (Exchg Rte) + 2.10 (Exchg Rte | 72.21 |
| 11/25 | Recurring Card Purchase  11/23 Facebook Nxk7776Xw2 650-6187714 CA Card 5262 | 25.40 |
| 11/26 | Card Purchase With Pin  11/26 The Home Depot 6355 Florida City FL Card 9282 | 77.97 |

**Total ATM & Debit Card Withdrawals**      **$2,099.55**

## ATM & DEBIT CARD SUMMARY

Consuelo Zapala  Card 5262

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $1,374.39 |
| Total Card Deposits & Credits | $0.00 |


CHASE

November 01, 2014 through November 28, 2014
Account Number: ████████4488

Oscar A Zapata  Card 9282

| | |
|---|---:|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $725.16 |
| Total Card Deposits & Credits | $0.00 |

ATM & Debit Card Totals

| | |
|---|---:|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $2,099.55 |
| Total Card Deposits & Credits | $0.00 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 11/04 | Fpl Direct Debit Elec Pymt 2674997131 Webi Web ID: 3590247775 | $5,000.00 |
| 11/04 | Worldpay    Statement Lk576298    CCD ID: 9581916017 | 15.00 |
| 11/06 | Mdws    M-Dwasdpmt 000000549455330 Tel ID: 1596000573 | 16.50 |
| 11/10 | Fpl Direct Debit Elec Pymt 2674997131 Webi Web ID: 3590247775 | 3,801.74 |
| 11/12 | 1St Natl Bk Omah Online Pmt 3D0C5E5631C796  Web ID: 8104000010 | 200.00 |
| 11/13 | 11/13 Payment To Chase Card Ending IN 4361 | 200.00 |
| 11/17 | 11/15 Payment To Chase Card Ending IN 5984 | 100.00 |
| 11/17 | Bk of Amer VI/Mc Online Pmt Ckf995082439POS CCD ID: 9500000000 | 300.00 |
| 11/18 | Fpl Direct Debit Elec Pymt 7935467543 Webi Web ID: 3590247775 | 53.76 |
| 11/19 | Fla Dept Revenue C01    000000013452829 CCD ID: 7596001874 | 2,168.67 |
| 11/20 | Att    Payment  915411002Myw9O  Web ID: 9864031005 | 239.28 |
| 11/24 | Irs    Usataxpymt 270472802367595 CCD ID: 3387702000 | 875.90 |
| **Total Electronic Withdrawals** | | **$12,970.85** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|---|---:|---|---:|
| 11/03 | $20,230.41 | 11/17 | 10,866.06 |
| 11/04 | 9,893.60 | 11/18 | 10,095.66 |
| 11/05 | 4,791.20 | 11/19 | 7,917.18 |
| 11/06 | 5,641.94 | 11/20 | 5,205.96 |
| 11/07 | 5,700.91 | 11/21 | 2,903.56 |
| 11/10 | 6,408.17 | 11/24 | 3,444.92 |
| 11/12 | 5,991.53 | 11/25 | 2,137.39 |
| 11/13 | 3,536.62 | 11/26 | 2,034.42 |
| 11/14 | 3,998.66 | | |



November 01, 2014 through November 28, 2014
Account Number:　　　　　4488

## SERVICE CHARGE SUMMARY



| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 57 |
| Deposits / Credits | 24 |
| Deposited Items | 18 |
| **Transaction Total** | **99** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $12.00 |
| Service Fee Credit | -$12.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 0) | $0.00 |
| **Total Service Fees** | **$0.00** |