UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                              }          CASE NUMBER
                                    }          14-35132-AJC
PZP INVESTMENTS, INC                }
                                    }
                                    }
DEBTOR.                             }          CHAPTER 11


DEBTOR'S MONTHLY OPERATING REPORT (BUSINESS)

FOR THE PERIOD
FROM 12/1/14 TO 12/31/14

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

_____
Attorney for Debtor's Signature

Debtor's Address                           Attorney's Address
and Phone Number:                          and Phone Number:

PZP INVESTMENTS, INC.                      DOLORES K. SANCHEZ, ESQ

27455 S DIXIE HIGHWAY                      4701 N FEDERAL HIGHWAY . STE 316
MIAMI, FL 33032                            LIGHTHOUSE POINT, FL 33064
PHONE: 305-247-4711                        PHONE: 954-785-8585


Note: The original Small Business Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee Office. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United States Trustee Program Website, http://www.usdoj.gov/ust/r21/reg_info.htm
1)    Instructions for Preparations of Debtor's Chapter 11 Monthly Operating Report
2)    Initial Filing Requirements
3)    Frequently Asked Questions (FAQs)http://www.usdoj.gov/ust/

MOR-1

B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

In re _P. Z. P. Investments,_          Case No. _14-35132-AJC_
          Debtor

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: _DECEMBER_          Date filed: _1/21/15_

Line of Business: _FLEA MARKET_          NAISC Code: _523910_

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_/s/ Consuelo Zapata_
Original Signature of Responsible Party

_CONSUELO ZAPATA_
Printed Name of Responsible Party

**Questionnaire:** (All questions to be answered on behalf of the debtor.)

|     | Question | Yes | No |
| --- | --- | --- | --- |
| 1.  | IS THE BUSINESS STILL OPERATING? | ☒ | ☐ |
| 2.  | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☒ | ☐ |
| 3.  | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☒ | ☐ |
| 4.  | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☒ | ☐ |
| 5.  | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☒ | ☐ |
| 6.  | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☒ | ☐ |
| 7.  | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☒ | ☐ |
| 8.  | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☒ | ☐ |
| 9.  | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☒ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☒ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☒ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☒ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☒ |

B 25C (Official Form 25C) (12/08)

| | | | |
|---|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☒ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☒ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☒ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☒ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☒ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?   ☐   ☒

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL INCOME  $ 38,429.01

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month   $ 3,079.14
Cash on Hand at End of Month    $ 4,984.62

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU   TOTAL   $ _____

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL EXPENSES  $ 36,523.55

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)*   $ 41,508.15
EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)*   $ 36,523.55

*(Subtract Line C from Line B)*   **CASH PROFIT FOR THE MONTH**   $ 4,984.60

Page 3

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES** $ _____

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES** $ _____

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?    3

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?    3

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?    $ -0-

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?    $ -0-

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?    $ -0-

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?    $ -0-

Page 4

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
| --- | --- | --- | --- |
| INCOME | $ 47,017.92 | $ 41,508.15 | $ 5,509.77 |
| EXPENSES | $ 36,560.00 | $ 36,523.55 | $ 36.45 |
| CASH PROFIT | $ 10,457.92 | $ 4,984.60 | $ 5,473.32 |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH: $ 47,017.92  
TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: $ 36,560.00  
TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: $ 10,457.92

## ADDITIONAL INFORMATION

PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.



```
                                                              305317
                                                      PAGE:    1
                                ACCOUNT:         5006 12/31/2014
                                DOCUMENTS:          0
```



```
            PZP Investments, Inc
            DBA revelation Market Place
            Debtor in Possession Account              <T>
            27455 South Dixie Highway
            Homestead FL   33032
```

```
=================================================================
Main Office                        TELEPHONE:305-245-2211
28801 S.W. 157th Avenue
Homestead, Florida 33033
=================================================================
       Earning My CBF Rewards points is easy! Just SHOP: Make everyday purchases
       with your CBF Debit Card. Swipe your card, use your signature instead of
       putting in a pin number, and every two dollars spent earns you a point.
       EARN MORE: The My CBF Rewards Store has Merchant Vendors who offer extra
       points for shopping with them - anywhere from 2 to 15 points per dollar
       spent! REDEEM: You can view your total points now or redeem them by
       visiting https://mycbfrewards.rewardschoices.com

=================================================================
               Business - eChecking ACCOUNT 2098255006
=================================================================
          DESCRIPTION         DEBITS     CREDITS     DATE       BALANCE

ACCOUNT OPENED .............................. 12/09/14
DEPOSIT                                   300.00 12/09/14        300.00
MY ALARM CTR ACH RECEIVABLE 4287-0311
                             49.43               12/12/14        250.57
WorldPay DEP TRF LK437154 121314          140.00 12/15/14        390.57
WorldPay DEP TRF LK437154 121414          220.00 12/15/14        610.57
WorldPay DEP TRF LK437154 121214          580.00 12/15/14      1,190.57
                                       11,992.77 12/15/14     13,183.34
WorldPay DEP TRF LK437154 121514           40.00 12/16/14     13,223.34
DELUXE BUS SYS. BUS PRODS 72041305
                            121.94               12/16/14     13,101.40
FPL DIRECT DEBIT ELEC PYMT 2674997131 WEBI
                          5,000.00               12/16/14      8,101.40
DEPOSIT                                 1,000.00 12/18/14      9,101.40
WorldPay DEP TRF LK437154 121714          360.00 12/18/14      9,461.40
DEPOSIT                                   428.00 12/19/14      9,889.40
WorldPay DEP TRF LK437154 121814        1,040.00 12/19/14     10,929.40
FLA DEPT REVENUE C01 00000013452829
                          1,796.90               12/19/14      9,132.50
WorldPay DEP TRF LK437154 121914          360.00 12/22/14      9,492.50
WorldPay DEP TRF LK437154 122014          380.00 12/22/14      9,872.50
                     * * * C O N T I N U E D * * *
```



```
                                        ACCOUNT:         ▆▆▆5006   PAGE:    2   005317
                                        DOCUMENTS:              0  12/31/2014        2
```



PZP Investments, Inc

```
===================================================================================
                      Business - eChecking ACCOUNT 2098255006
===================================================================================
         DESCRIPTION                    DEBITS      CREDITS    DATE         BALANCE

WorldPay DEP TRF LK437154 122114                     560.00  12/22/14     10,432.50
CHECK # 2121                            285.00               12/22/14     10,147.50
CHECK # 9999                          5,102.40               12/22/14      5,045.10
DEPOSIT                                            1,015.00  12/23/14      6,060.10
UNITED MS UNITDMSDEP 8788270150017                    53.00  12/23/14      6,113.10
FIRST INSURANCE INSURANCE 900-479758
                                        981.94               12/23/14      5,131.16
CHECK # 1001                            258.13               12/23/14      4,873.03
CHECK # 1002                            216.64               12/23/14      4,656.39
UNITED MS UNITDMSDEP 8788270150017                    70.39  12/24/14      4,726.78
WorldPay DEP TRF LK437154 122314                     340.00  12/24/14      5,066.78
CHECK # 1003                            206.87               12/24/14      4,859.91
CHECK # 1004                            200.00               12/24/14      4,659.91
WorldPay DEP TRF LK437154 122414                     860.00  12/26/14      5,519.91
CHECK # 2122                          2,024.20               12/26/14      3,495.71
DEPOSIT                                            1,244.29  12/29/14      4,740.00
WorldPay DEP TRF LK437154 122614                     380.00  12/29/14      5,120.00
WorldPay DEP TRF LK437154 122814                     440.00  12/29/14      5,560.00
WorldPay DEP TRF LK437154 122714                   1,020.00  12/29/14      6,580.00
ATT Payment 869887004MYW9N              238.94               12/29/14      6,341.06
CHECK # 1005                            258.13               12/30/14      6,082.93
CHECK # 1215                            474.80               12/30/14      5,608.13
CHECK # 1006                            216.64               12/31/14      5,391.49
CHECK # 1007                            206.87               12/31/14      5,184.62
CHECK # 1008                            200.00               12/31/14      4,984.62
BALANCE THIS STATEMENT  ..............................       12/31/14      4,984.62

TOTAL CREDITS        (22)          22,823.45   AVERAGE BALANCE              4,971.26
TOTAL DEBITS         (18)          17,838.83

===================================================================================
                              YOUR CHECKS SEQUENCED
===================================================================================
DATE...CHECK #......AMOUNT  DATE...CHECK #......AMOUNT  DATE...CHECK #......AMOUNT

12/23    1001       258.13  12/30    1005       258.13  12/30    1215*      474.80
12/23    1002       216.64  12/31    1006       216.64  12/22    2121       285.00
12/24    1003       206.87  12/31    1007       206.87  12/26    2122*    2,024.20
12/24    1004       200.00  12/31    1008*      200.00  12/22    9999     5,102.40

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE
                             * * * C O N T I N U E D * * *
```

```
                                     ACCOUNT:          ████5006    PAGE:     3
                                     DOCUMENTS:             0      12/31/2014
```



P2P Investments, Inc

```
==============================================================================
                    Business - eChecking ACCOUNT 2098255006
==============================================================================

            - - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

******************************************************************************
*                                   |    TOTAL FOR    |       TOTAL           *
*                                   |   THIS PERIOD   |   YEAR TO DATE        *
*-------------------------------------------------------------------------------*
* TOTAL OVERDRAFT FEES:             |       $.00      |       $.00            *
*-------------------------------------------------------------------------------*
* TOTAL RETURNED ITEM FEES:         |       $.00      |       $.00            *
******************************************************************************
```



JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

November 29, 2014 through December 31, 2014
Account Number: ████████4488

00122253 1 AV 0.381

00122253 DRE 021 141 00115 NNNNNNNNNNN T 1 000000000 60 0000 T2237626 P68426
P Z P INVESTMENTS, INC.
DBA REVELATION MARKET PLACE
27455 S DIXIE HWY
HOMESTEAD FL 33032-8231

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



We updated your Deposit Account Agreement

We added clarifying information about overdrafts to your agreement on
November 16, 2014, including:
- A revised explanation of the order in which withdrawals post to your account. As a
reminder, deposits will generally continue to post first to your account.
- Details about our end of business day cutoff times so you know when you can
add money to your account to avoid an overdraft.
For a copy of your agreement, you can view it anytime by logging in at chase.com and
clicking Legal Agreements and Disclosures at the bottom of any page, or visit a branch.
If you have questions, please call us at the telephone number listed on this statement
or visit your nearest Chase branch.

## CHECKING SUMMARY    Chase BusinessClassic

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$2,034.42** |
| Deposits and Additions | 15 | 13,129.57 |
| Checks Paid | 15 | - 9,047.15 |
| ATM & Debit Card Withdrawals | 17 | - 2,841.23 |
| Electronic Withdrawals | 5 | - 2,108.32 |
| Fees and Other Withdrawals | 6 | - 1,167.29 |
| **Ending Balance** | **58** | **$0.00** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | | AMOUNT |
|---|---|---|---|---|
| 12/01 | Worldpay | Dep Trf | Lk437154 113014 CCD ID: 9581916017 | $740.00 |
| 12/01 | Worldpay | Dep Trf | Lk437154 112914 CCD ID: 9581916017 | 480.00 |
| 12/02 | Worldpay | Statement Lk437154    CCD ID: 9581916017 | | 309.42 |
| 12/03 | Deposit | 1341327383 | | 2,542.15 |
| 12/04 | Worldpay | Dep Trf | Lk437154 120314 CCD ID: 9581916017 | 560.00 |
| 12/05 | Worldpay | Dep Trf | Lk437154 120414 CCD ID: 9581916017 | 440.00 |
| 12/08 | Worldpay | Dep Trf | Lk437154 120714 CCD ID: 9581916017 | 760.00 |
| 12/08 | Worldpay | Dep Trf | Lk437154 120514 CCD ID: 9581916017 | 740.00 |
| 12/08 | Worldpay | Dep Trf | Lk437154 120614 CCD ID: 9581916017 | 260.00 |



November 29, 2014 through December 31, 2014
Account Number: ####4488

## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/09 | Deposit  672818485 | 3,998.00 |
| 12/11 | Worldpay  Dep Trf  Lk437154 121014 CCD ID: 9581916017 | 60.00 |
| 12/12 | Worldpay  Dep Trf  Lk437154 121114 CCD ID: 9581916017 | 340.00 |
| 12/17 | Deposit  I 1341327385 | 400.00 |
| 12/18 | Card Purchase Return   12/17 Marrero Trivedi Chami Coral Gables FL Card 5262 | 500.00 |
| 12/19 | Deposit  1436155050 | 1,000.00 |
| **Total Deposits and Additions** | | **$13,129.57** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1742 ^ | | 12/08 | $255.66 |
| 1743 ^ | | 12/01 | 258.13 |
| 1744 ^ | | 12/02 | 216.64 |
| 1745 ^ | | 12/01 | 206.87 |
| 1746 ^ | | 12/01 | 200.00 |
| 1747 ^ | | 12/15 | 146.57 |
| 1748 ^ | | 12/09 | 258.13 |
| 1749 ^ | | 12/08 | 216.64 |
| 1750 ^ | | 12/08 | 206.87 |
| 1751 ^ | | 12/08 | 200.00 |
| 1752 ^ | | 12/15 | 258.13 |
| 1753 ^ | | 12/16 | 216.64 |
| 1754 ^ | | 12/15 | 206.87 |
| 1755 ^ | | 12/15 | 200.00 |
| 1756 ^ | | 12/16 | 6,000.00 |
| **Total Checks Paid** | | | **$9,047.15** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/01 | Card Purchase With Pin  11/29 Bj Wholesale #01 650 S Homestead FL Card 9282 | $398.90 |
| 12/01 | Card Purchase With Pin  11/29 Bj Wholesale #01 650 S Homestead FL Card 9282 | 201.94 |
| 12/01 | Recurring Card Purchase 11/30 Sunpass*Acc14359888 888-865-5352 FL Card 5262 | 25.00 |
| 12/01 | Recurring Card Purchase 11/30 Facebook 6Fvk37Axw2 650-6187714 CA Card 5262 | 6.74 |
| 12/02 | Card Purchase        12/01 4MD Medical.Com 732-9055400 NJ Card 5262 | 42.83 |
| 12/02 | Card Purchase        12/01 Lawton Printers, Inc. 407-2600400 FL Card 5262 | 543.39 |
| 12/02 | Card Purchase        12/01 Mpa Parking Pay By Ph 305-373-6789 FL Card 9282 | 2.25 |
| 12/03 | Recurring Card Purchase 12/02 Sunpass*Acc14359888 888-865-5352 FL Card 5262 | 25.00 |
| 12/04 | Card Purchase With Pin  12/04 Usps 1140509550 Homestead FL Card 9282 | 6.70 |
| 12/11 | Card Purchase With Pin  12/11 Miami Dade Electrical Homestead FL Card 9282 | 942.24 |
| 12/15 | Card Purchase        12/12 Mpa Parking Pay By Ph 305-373-6789 FL Card 9282 | 3.00 |


**CHASE**

November 29, 2014 through December 31, 2014
Account Number: ########4488

## ATM & DEBIT CARD WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/15 | Recurring Card Purchase 12/14 Netflix.Com Netflix.Com CA Card 9282 | 12.96 |
| 12/16 | Card Purchase          12/15 Marrero Trivedi Chami 305-446-0163 FL Card 5262 | 500.00 |
| 12/17 | Recurring Card Purchase 12/17 Dtv*Directv Service 800-347-3288 CA Card 5262 | 115.42 |
| 12/19 | Recurring Card Purchase 12/18 Pandora*Internet Radi 510-451-4100 CA Card 5262 | 4.36 |
| 12/22 | Card Purchase          12/19 Mpa Parking Pay By Ph 305-373-6789 FL Card 9282 | 3.00 |
| 12/24 | Card Purchase          12/23 Mpa Parking Pay By Ph 305-373-6789 FL Card 9282 | 7.50 |

**Total ATM & Debit Card Withdrawals** **$2,841.23**



## ATM & DEBIT CARD SUMMARY

**Consuelo Zapata  Card 5262**

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $1,262.74 |
| Total Card Deposits & Credits | $500.00 |

**Oscar A Zapata  Card 9282**

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $1,578.49 |
| Total Card Deposits & Credits | $0.00 |

**ATM & Debit Card Totals**

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $2,841.23 |
| Total Card Deposits & Credits | $500.00 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/01 | 11/30 Payment To Chase Card Ending IN 4361 | $100.00 |
| 12/02 | Worldpay         Statement  Lk576298    CCD ID: 9581916017 | 15.00 |
| 12/05 | First Insurance  Wuspcustdr 1930650      Web ID: 1363437365 | 1,127.60 |
| 12/05 | Mdfr Inspection  3053755452 373977877    Web ID: 2911925808 | 165.00 |
| 12/18 | Irs              Usataxpymt 270475281236136 CCD ID: 3387702000 | 700.72 |

**Total Electronic Withdrawals** **$2,108.32**



November 29, 2014 through December 31, 2014
Account Number: 4488

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/05 | 12/05 Transfer To Chk Xxxxx8032 | $100.00 |
| 12/05 | 12/05 Transfer To Chk Xxxxx1366 | 100.00 |
| 12/05 | 12/05 Transfer To Sav Xxxxxx9566 | 100.00 |
| 12/16 | Insufficient Funds Fee For Check #1753 IN The Amount of $216.64 | 34.00 |
| 12/18 | Insufficient Funds Fee For A $700.72 Item - Details: Irs      Usataxpymt 270475281236136 CCD ID: 3387702000 | 34.00 |
| 12/26 | 12/26 Withdrawal | 799.29 |
| **Total Fees & Other Withdrawals** | | **$1,167.29** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|
| 12/01 | $1,856.84 | 12/15 | 6,514.93 |
| 12/02 | 1,346.15 | 12/16 | -235.71 |
| 12/03 | 3,863.30 | 12/17 | 48.87 |
| 12/04 | 4,416.60 | 12/18 | -185.85 |
| 12/05 | 3,264.00 | 12/19 | 809.79 |
| 12/08 | 4,144.83 | 12/22 | 806.79 |
| 12/09 | 7,884.70 | 12/24 | 799.29 |
| 12/11 | 7,002.46 | 12/26 | 0.00 |
| 12/12 | 7,342.46 | | |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 37 |
| Deposits / Credits | 14 |
| Deposited Items | 12 |
| **Transaction Total** | **63** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $0.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 0) | $0.00 |
| **Total Service Fees** | **$0.00** |



000620

Date 12/31/14  Page   1
Images

PZP INVESTMENTS INC
DBA REVELATION MARKET PLACE
27455 S DIXIE HWY
MIAMI FL 33032

International by Name, Local at Heart.

*************************** CHECKING ACCOUNT ********************************

Account Type:  PZP INVESTMENTS INC
               DBA REVELATION MARKET PLACE

Dear Customer:
On October 31, 2014 our Weston Branch will be closed and centralized in our
Miami offices. We will continue to service your account from our Westchester
Branch, Brickell Branch and Douglas Road Main Office. You are more than welcome
to request additional assistance or information regarding your financial needs
by calling us at (305) 648 8800 or by visiting us at www.IFBbank.com

```
Business Checking Domestic              Number of Images                         0
Account Number      Acct Ending 0895    Statement Dates   12/01/14 thru 12/31/14
Previous Balance             1,044.74   Days in the statement period            31
   7 Deposits/Credits        2,475.99   Average Ledger Bal                  916.99
  12 Checks/Debits           3,520.73   Average Collected Bal               916.99
Service Charge                    .00
Interest Paid                     .00
Current Balance                   .00
```

|                          | Total For This Period | Total Year-to-Date |
|--------------------------|----------------------:|-------------------:|
| Total Overdraft item fees | $.00                  | $33.06             |
| Total Return item fees    | $.00                  | $33.00             |



PZP INVESTMENTS INC
DBA REVELATION MARKET PLACE
27455 S DIXIE HWY
MIAMI FL 33032

Date 12/31/14
Images

Page  2

000820

Business Checking Domestic        Acct Ending 0895  (Continued)

------------------------------- Activity in Date Order -------------------------------

| Date | Description | | Amount | Balance |
|---|---|---|---:|---:|
| 12/01 | UNITDMSDEP | UNITED MS | 33.70 | 1,078.44 |
| | CCD | | | |
| 12/02 | UNITDMSDEP | UNITED MS | 1,537.29 | 2,615.73 |
| | CCD | | | |
| 12/02 | FEES SEP | NPC | 44.90- | 2,570.83 |
| | CCD | | | |
| 12/02 | UNITDMSSTL | UNITED MS | 106.90- | 2,463.93 |
| | CCD | | | |
| 12/02 | ELEC PYMT | FPL DIRECT DEBIT | 800.00- | 1,663.93 |
| | WEB | | | |
| 12/03 | UNITDMSDEP | UNITED MS | 128.00 | 1,791.93 |
| | CCD | | | |
| 12/03 | EPAY | CHASE | 100.00- | 1,691.93 |
| | WEB | | | |
| 12/05 | M-DWASDPMT | MDWS | 16.50- | 1,675.43 |
| | TEL | | | |
| 12/05 | R30559 | HORIZON SECURITY | 112.35- | 1,563.08 |
| | WEB | | | |
| 12/05 | 3053755452 | MDC-LOC BUS TAX | 150.00- | 1,413.08 |
| | WEB | | | |
| 12/05 | FR0083 | HORIZON SECURITY | 200.00- | 1,213.08 |
| | WEB | | | |
| 12/05 | Payment | ATT | 204.52- | 1,008.56 |
| | TEL | | | |
| 12/05 | ONLINE PAY | WASTE SERVICES | 230.00- | 778.56 |
| | CCD | | | |
| 12/10 | UNITDMSDEP | UNITED MS | 6.00 | 784.56 |
| | CCD | | | |
| 12/15 | UNITDMSDEP | UNITED MS | 145.00 | 929.56 |
| | CCD | | | |
| 12/16 | UNITDMSDEP | UNITED MS | 212.00 | 1,141.56 |
| | CCD | | | |
| 12/16 | UNITDMSDEP | UNITED MS | 414.00 | 1,555.56 |
| | CCD | | | |
| 12/24 | Check Inclearing | 5972 | 1,000.00- | 555.56 |
| 12/26 | Teller Cashed Check 1 | | 555.56- | .00 |