UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In Re:

PZP INVESTMENTS INC

                                                                                                  CASE NO.  14-35132-AJC
                                                                                                  Chapter 11

         Debtor.
_____/

**UNOPPOSED EX-PARTE THIRD MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR RELIEF FROM STAY FILED BY CREDITOR, INTERNATIONAL FINANANCE BANK**

      The Debtor, PZP INVESTMENTS INC, and through its undersigned counsel respectfully requests that the Court enter an Order granting an extension of time within which to file a response to the Motion for Relief (DE 26) from Stay filed by Creditor, International Finance Bank and states as follows:

      1. The Creditor, International Finance Bank, filed a lengthy Motion for Relief from Stay on 12/17/14 which was electronically sent to the undersigned on December 19, 2014 (DE26).

      2.  The Motion for Relief from Stay is 121 pages long (11 page Motion and 110 pages of exhibits) and involves some unique issues given the nature of the assets and debts involved which will require research and a detailed response.

      3. Due to the timing of the filing/service of the Motion, the original response time period had coincided almost day for day with a period of time in which counsel was unavailable per the Notice of Unavailability filed December 18, 2015, and thus counsel required additional time to frame a proper response which the Court granted.

4. Counsel subsequently suffered computer issues (resulting in the computer needing to be replaced) and as a result some information was lost that had to be recreated. Further, counsel had been out sick until January 20, 2015.

5. Due to the foregoing as well as counsel's litigation schedule including an upcoming trial, counsel had requested an additional ten (10) days within which to file a response.

6. Opposing counsel filed a response objecting to the extension, and the Court entered an Order granting the Motion in part but only giving five (5) days to file the response, to wit by today, January 26, 2015.

7. The Order was signed on January 22, 2015, however, the undersigned did not receive the Order until today, the due date.  The Court's ECF system did not send the Order until 12:31 a.m. on Saturday, January 24, 2015. Thus the undersigned was not aware until the next business day (today 1/26/15) that the Order had been entered or that the deadline was today.  See Exhibit "A" attached and incorporated herein

8. The undersigned was in Court today and as such could not prepare and file the response on short notice.

9. The undersigned contacted opposing counsel, Jonathan Heller, Esq., and explained the situation regarding notice and requested that the undersigned agree to an additional two (2) days to file the response.

10. Due to the undersigned not having received the Order of 1/22/15 until today, opposing counsel, Jonathan Heller, Esq., graciously agreed to the two (2) day extension, subject, of course, to the Court's approval.

11. The creditor seeking relief from stay will not be prejudiced by the extension. The Debtor would be prejudiced by a denial of any such extension as the Debtor feels that the assets in questions are necessary for an effective reorganization.

WHEREFORE, the Debtor's counsel respectfully requests that the Court enter an Order granting the Motion for Extension of Time and allowing an additional two (2) days (until 1/28/15) within which to file a response to the Motion for Relief from Stay (DE26).

I HEREBY CERTIFY that I am admitted to the Bar of the United States Bankruptcy Court for Southern District of Florida and I am in compliance with the additional qualification to practice in this Court set forth in Local Rule 2090-1(A).

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to all parties on the annexed list by first class United States mail or electronic service as noted on January 26, 2015 or the date of entry on the docket (electronic service only).

/s/ Dolores K. Sanchez
_____
DOLORES K. SANCHEZ, ESQUIRE
Attorney for Debtor
4701 N. Federal Highway
Suite 316, Box B-1
Lighthouse Point, Fl 33064
Telephone (954) 785-8585
 Fax        (954) 785-6163
e-mail: dolores@bizhall.net
Florida Bar No. 0795976

## SERVICE LIST

**Electronic service:**

    Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov

    Dolores K Sanchez    dolores@bizhall.net

    Jonathan Heller, Esq.    jonathan@hellerlaw.com

**Service by US Mail:**

Benjamin Weinstock, Esq.
1425 RXR Plaza
East Tower, 15th Floor
Uniondale, NY 11556

International Finance Bank
c/o Jonathan A. Heller, Esq.
36 NE First Street, Suite 310
Miami, FL 33132

Lordhill Properties Corp
135 Jericho Turnpike
Old Westbury, NY 11568

PZP Investments, Inc
27455 South Dixie Highway
Miami, FL 33032

**EXHIBIT A**



Dolores Sanchez <doloresksanchez@gmail.com>

## Summary of ECF Activity

**FLSB_ECF_Notification@flsb.uscourts.gov**  
<FLSB_ECF_Notification@flsb.uscourts.gov>  
To: Courtmail@flsb.uscourts.gov

Sat, Jan 24, 2015 at 12:31 AM

Activity has occurred in the following cases:

14-35132-AJC PZP Investments, Inc  
**Order on Motion to Extend Time  41**

**Docket Text:**  
Order Granting, In Part, Ex-Parte Second Motion to Extend Time to Respond to Motion for Relief from Stay. The response shall be filed on or before January 26, 2015. (Re: [35]) (Gutierrez, Susan)