B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

In re P2P Investments, Debtor

Case No. 14-35132-AJC

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: MARCH 2015

Date filed:

Line of Business: FLEA MARKET

NAISC Code: 523910

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

[signature]

Original Signature of Responsible Party

CONSUELO ZAPATA

Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| | | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☒ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☒ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☒ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☒ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☒ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☒ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☒ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☒ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☒ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☒ | ☐ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☒ | ☐ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☒ | ☒ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☒ |



B 25C (Official Form 25C) (12/08)

| | | | |
|---|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☒ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☒ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☒ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☒ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☒ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS? ☐ ☒

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL INCOME** $ 36,576.29

## SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month $ —

Cash on Hand at End of Month $ —

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU **TOTAL** $ 36,576.29

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL EXPENSES** $ 38,810.26

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* $ 36,576.29

EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* $ 38,810.26

*(Subtract Line C from Line B)* **CASH PROFIT FOR THE MONTH** $ (2233.97)

B 25C (Official Form 25C) (12/08)

**UNPAID BILLS**

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES** $ ____________

*(Exhibit D)*

**MONEY OWED TO YOU**

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES** $ ____________

*(Exhibit E)*

**BANKING INFORMATION**

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

**EMPLOYEES**

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? 3

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? 3

**PROFESSIONAL FEES**

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? $ -0-

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? $ -0-

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? $ -0-

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? $ -0-

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

| | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 38,500.00 | $ 36,576.29 | $ 1923.71 |
| EXPENSES | $ 33,500.00 | $ 38,810.26 | $ (5,310.26) |
| CASH PROFIT | $ 5,000.00 | $ (2,233.97) | $ 2,766.03 |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH: $ 38,500.00

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: $ 33,500.00

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: $ 5,000.00

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.**

003978

| | | |
|---|---|---|
| ACCOUNT: | 2098255006 | PAGE: 1 |
| DOCUMENTS: | 0 | 03/31/2015 |

P2P Investments, Inc
DBA revelation Market Place
Debtor in Possession Account <T>
27455 South Dixie Highway
Homestead FL 33032

Main Office TELEPHONE:305-245-2211
28801 S.W. 157th Avenue
Homestead, Florida 33033

Earning My CBF Rewards points is easy! Just SHOP: Make everyday purchases with your CBF Debit Card. Swipe your card, use your signature instead of putting in a pin number, and every two dollars spent earns you a point. EARN MORE: The My CBF Rewards Store has Merchant Vendors who offer extra points for shopping with them - anywhere from 2 to 15 points per dollar spent! REDEEM: You can view your total points now or redeem them by visiting https://mycbfrewards.rewardschoices.com

Business - eChecking ACCOUNT 2098255006

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE LAST STATEMENT ............................... | | | 02/27/15 | 10,353.44 |
| DEPOSIT | | 3,300.00 | 03/02/15 | 13,653.44 |
| WorldPay DEP TRF LK437154 030115 | | 200.00 | 03/02/15 | 13,853.44 |
| WorldPay DEP TRF LK437154 022715 | | 660.00 | 03/02/15 | 14,513.44 |
| WorldPay DEP TRF LK437154 022815 | | 800.00 | 03/02/15 | 15,313.44 |
| CHECK # 1055 | 241.20 | | 03/02/15 | 15,072.24 |
| UNITED MS UNITDMSDEP 8788270150017 | | 78.00 | 03/03/15 | 15,150.24 |
| WorldPay STATEMENT LK437154 | | 471.92 | 03/03/15 | 15,622.16 |
| WorldPay STATEMENT LK576298 | 15.00 | | 03/03/15 | 15,607.16 |
| MDWS M-DWASDPMT 000000581981955 | 16.50 | | 03/03/15 | 15,590.66 |
| UNITED MS UNITDMSSTL 8788270150017 | 29.60 | | 03/03/15 | 15,561.06 |
| FIRST INSURANCE INSURANCE 900-479758 | 981.94 | | 03/03/15 | 14,579.12 |
| CHECK # 1060 | 366.20 | | 03/03/15 | 14,212.92 |
| CHECK # 1061 | 258.13 | | 03/03/15 | 13,954.79 |
| CHECK # 1062 | 241.20 | | 03/03/15 | 13,713.59 |
| CHECK # 1063 | 206.87 | | 03/03/15 | 13,506.72 |
| CHECK # 1064 | 200.00 | | 03/03/15 | 13,306.72 |
| WorldPay DEP TRF LK437154 030415 | | 280.00 | 03/05/15 | 13,586.72 |
| CHECK # 1058 | 146.57 | | 03/05/15 | 13,440.15 |

* * * C O N T I N U E D * * *

003976

PAGE: 2 2

ACCOUNT: 2098255006 03/31/2015
DOCUMENTS: 0

PZP Investments, Inc

Business - eChecking ACCOUNT 2098255006

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| CHECK # 1059 | 146.57 | | 03/05/15 | 13,293.58 |
| WorldPay DEP TRF LK437154 030515 | | 1,020.00 | 03/06/15 | 14,313.58 |
| DEPOSIT | | 3,391.15 | 03/09/15 | 17,704.73 |
| UNITED MS UNITDMSDEP 8788270150017 | | 200.00 | 03/09/15 | 17,904.73 |
| WorldPay DEP TRF LK437154 030615 | | 960.00 | 03/09/15 | 18,864.73 |
| UNITED MS UNITDMSDEP 8788270150017 | | 18.00 | 03/10/15 | 18,882.73 |
| UNITED MS UNITDMSDEP 8788270150017 | | 60.00 | 03/10/15 | 18,942.73 |
| UNITED MS UNITDMSDEP 8788270150017 | | 214.00 | 03/10/15 | 19,156.73 |
| ALARM FUNDING AS SERVICES 1705502 | 112.35 | | 03/10/15 | 19,044.38 |
| FPL DIRECT DEBIT ELEC PYMT 2674997131 WEBI | 5,000.00 | | 03/10/15 | 14,044.38 |
| CHECK # 1070 | 344.25 | | 03/10/15 | 13,700.13 |
| CHECK # 1071 | 258.13 | | 03/10/15 | 13,442.00 |
| CHECK # 1073 | 274.05 | | 03/10/15 | 13,167.95 |
| CHECK # 1074 | 200.00 | | 03/10/15 | 12,967.95 |
| CHECK # 1072 | 254.05 | | 03/11/15 | 12,713.90 |
| DEPOSIT | | 3,249.00 | 03/12/15 | 15,962.90 |
| WorldPay DEP TRF LK437154 031115 | | 560.00 | 03/12/15 | 16,522.90 |
| CHECK # 1065 | 919.48 | | 03/12/15 | 15,603.42 |
| CHECK # 1066 | 800.00 | | 03/12/15 | 14,803.42 |
| CHECK # 1068 | 474.80 | | 03/12/15 | 14,328.62 |
| WorldPay DEP TRF LK437154 031215 | | 840.00 | 03/13/15 | 15,168.62 |
| MY ALARM CENTER, SERVICES 5148900 | 49.43 | | 03/13/15 | 15,119.19 |
| CHECK # 1067 | 450.00 | | 03/13/15 | 14,669.19 |
| DEPOSIT | | 4,606.00 | 03/16/15 | 19,275.19 |
| WorldPay DEP TRF LK437154 031515 | | 1,200.00 | 03/16/15 | 20,475.19 |
| WorldPay DEP TRF LK437154 031415 | | 1,960.00 | 03/16/15 | 22,435.19 |
| CHECK # 1069 | 5,102.40 | | 03/16/15 | 17,332.79 |
| CHECK # 1077 | 254.05 | | 03/16/15 | 17,078.74 |
| UNITED MS UNITDMSDEP 8788270150017 | | 5.99 | 03/17/15 | 17,084.73 |
| UNITED MS UNITDMSDEP 8788270150017 | | 107.00 | 03/17/15 | 17,191.73 |
| WorldPay DEP TRF LK437154 031615 | | 120.00 | 03/17/15 | 17,311.73 |
| FPL DIRECT DEBIT ELEC PYMT 7935467543 WEBI | 37.92 | | 03/17/15 | 17,273.81 |
| FPL DIRECT DEBIT ELEC PYMT 2674997131 WEBI | 4,000.00 | | 03/17/15 | 13,273.81 |
| CHECK # 1076 | 258.13 | | 03/17/15 | 13,015.68 |
| CHECK # 1078 | 274.05 | | 03/17/15 | 12,741.63 |
| IRS USATAXPYMT 270547770243417 | 732.24 | | 03/18/15 | 12,009.39 |
| FLA DEPT REVENUE C01 000000013452829 | 2,057.00 | | 03/18/15 | 9,952.39 |
| CHECK # 1079 | 200.00 | | 03/18/15 | 9,752.39 |
| WorldPay DEP TRF LK437154 031815 | | 480.00 | 03/19/15 | 10,232.39 |
| DEPOSIT | | 6,327.77 | 03/20/15 | 16,560.16 |

* * * C O N T I N U E D * * *

PZP Investments, Inc

Business - eChecking ACCOUNT 2098255006

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| WorldPay DEP TRF LK437154 031915 | | 400.00 | 03/20/15 | 16,960.16 |
| Reverse Entry or Correction | | 15.00 | 03/20/15 | 16,975.16 |
| CHECK # 1075 | 146.57 | | 03/20/15 | 16,828.59 |
| WorldPay DEP TRF LK437154 032015 | | 540.00 | 03/23/15 | 17,368.59 |
| WorldPay DEP TRF LK437154 032115 | | 1,600.00 | 03/23/15 | 18,968.59 |
| ATT Payment 049569002MYW9F | 239.17 | | 03/23/15 | 18,729.42 |
| CHECK # 1080 | 150.00 | | 03/23/15 | 18,579.42 |
| CHECK # 1082 | 285.00 | | 03/23/15 | 18,294.42 |
| UNITED MS UNITDMSDEP 8788270150017 | | 1,212.46 | 03/24/15 | 19,506.88 |
| CHECK # 1083 | 258.13 | | 03/24/15 | 19,248.75 |
| CHECK # 1085 | 274.05 | | 03/24/15 | 18,974.70 |
| CHECK # 1086 | 200.00 | | 03/24/15 | 18,774.70 |
| CHECK # 1081 | 4,450.00 | | 03/25/15 | 14,324.70 |
| CHECK # 1084 | 254.05 | | 03/25/15 | 14,070.65 |
| CHECK # 1087 | 146.57 | | 03/26/15 | 13,924.08 |
| WorldPay DEP TRF LK437154 032815 | | 740.00 | 03/30/15 | 14,664.08 |
| WorldPay DEP TRF LK437154 032915 | | 880.00 | 03/30/15 | 15,544.08 |
| WorldPay DEP TRF LK437154 033015 | | 80.00 | 03/31/15 | 15,624.08 |
| FPL DIRECT DEBIT ELEC PYMT 2674997131 WEBI | 6,689.39 | | 03/31/15 | 8,934.69 |
| CHECK # 1088 | 258.13 | | 03/31/15 | 8,676.56 |
| CHECK # 1089 | 254.05 | | 03/31/15 | 8,422.51 |
| CHECK # 1090 | 274.05 | | 03/31/15 | 8,148.46 |
| SERVICE CHARGE | 28.99 | | 03/31/15 | 8,119.47 |
| BALANCE THIS STATEMENT ............................ | | | 03/31/15 | 8,119.47 |

| | | | | |
|---|---|---|---|---|
| TOTAL CREDITS | (33) | 36,576.29 | AVERAGE BALANCE | 14,135.28 |
| TOTAL DEBITS | (48) | 38,810.26 | | |

YOUR CHECKS SEQUENCED

| DATE | CHECK # | AMOUNT | DATE | CHECK # | AMOUNT | DATE | CHECK # | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 03/02 | 1055* | 241.20 | 03/12 | 1066 | 800.00 | 03/20 | 1075 | 146.57 |
| 03/05 | 1058 | 146.57 | 03/13 | 1067 | 450.00 | 03/17 | 1076 | 258.13 |
| 03/05 | 1059 | 146.57 | 03/12 | 1068 | 474.80 | 03/16 | 1077 | 254.05 |
| 03/03 | 1060 | 366.20 | 03/16 | 1069 | 5,102.40 | 03/17 | 1078 | 274.05 |
| 03/03 | 1061 | 258.13 | 03/10 | 1070 | 344.25 | 03/18 | 1079 | 200.00 |
| 03/03 | 1062 | 241.20 | 03/10 | 1071 | 258.13 | 03/23 | 1080 | 150.00 |
| 03/03 | 1063 | 206.87 | 03/11 | 1072 | 254.05 | 03/25 | 1081 | 4,450.00 |
| 03/03 | 1064 | 200.00 | 03/10 | 1073 | 274.05 | 03/23 | 1082 | 285.00 |
| 03/12 | 1065 | 919.48 | 03/10 | 1074 | 200.00 | 03/24 | 1083 | 258.13 |

* * * C O N T I N U E D * * *



003978
PAGE: 4 4
ACCOUNT: 2098255006 03/31/2015
DOCUMENTS: 0

P2P Investments, Inc

YOUR CHECKS SEQUENCED

| DATE | CHECK # | AMOUNT | DATE | CHECK # | AMOUNT | DATE | CHECK # | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 03/25 | 1084 | 254.05 | 03/26 | 1087 | 146.57 | 03/31 | 1090 | 274.05 |
| 03/24 | 1085 | 274.05 | 03/31 | 1088 | 258.13 | | | |
| 03/24 | 1086 | 200.00 | 03/31 | 1089 | 254.05 | | | |

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE

- - - ITEMIZATION OF SERVICE CHARGE PAID THIS PERIOD - - -

| | |
|---|---|
| TOTAL CHARGE FOR Business eChecking: | 19.99 |
| TOTAL CHARGE FOR CHECKS PAID: | 9.00 |
| TOTAL SERVICE CHARGE PAID: | 28.99 |

- - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

| | TOTAL FOR THIS PERIOD | TOTAL YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES: | $.00 | $.00 |
| TOTAL RETURNED ITEM FEES: | $.00 | $.00 |