B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

In re **P2P Investments**,
Debtor

Case No. **14-35132-AJC**

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: **April 2015**
Line of Business: **Flea Market**

Date filed: **5/22/15**
NAISC Code: **523910**

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_____
Original Signature of Responsible Party

**Consuelo Zapata**
Printed Name of Responsible Party

**Questionnaire:** (All questions to be answered on behalf of the debtor.)

| # | Question | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | X | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | X | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | X | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | X | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | X | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | X | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | X | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | X | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | X | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | X | ☐ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | X | ☐ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | X |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | X |

B 25C (Official Form 25C) (12/08)

14. HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? ☐ ☒
15. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? ☐ ☒
16. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? ☐ ☒
17. HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? ☐ ☒
18. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? ☐ ☒

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS? ☐ ☒

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL INCOME  $32,696.48

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month   $ —
Cash on Hand at End of Month     $ —

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU   TOTAL  $32,696.48

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL EXPENSES  $31,232.10

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)*      $32,696.48
EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)*    $31,232.10

*(Subtract Line C from Line B)*   CASH PROFIT FOR THE MONTH  $1,464.38

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL PAYABLES $ _____

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL RECEIVABLES $ _____

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?     3

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?     3

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?     $ -0-

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?     $ -0-

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?     $ 2,500.00

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?     $ 2,500.00

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 38,500.00 | $ 32,696.48 | $ 5,803.52 |
| EXPENSES | $ 32,000.00 | $ 31,232.10 | $ 767.90 |
| CASH PROFIT | $ 6,500.00 | $ 1,464.38 | $ 5,035.62 |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH:          $ 38,500.00
TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH:        $ 32,000.00
TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH:     $ 6,500.00

## ADDITIONAL INFORMATION

PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.

```
                                                                              001715
                                                                 PAGE:    1      1
                                    ACCOUNT:      2098255006     04/30/2015
                                    DOCUMENTS:             0
```



```
                    PZP Investments, Inc
                    DBA revelation Market Place
                    Debtor in Possession Account                 <T>
                    27455 South Dixie Highway
                    Homestead FL   33032
```

```
===============================================================================
Main Office                                  TELEPHONE:305-245-2211
28801 S.W. 157th Avenue
Homestead, Florida 33033
===============================================================================
        Earning My CBF Rewards points is easy! Just SHOP: Make everyday purchases
        with your CBF Debit Card. Swipe your card, use your signature instead of
        putting in a pin number, and every two dollars spent earns you a point.
        EARN MORE: The My CBF Rewards Store has Merchant Vendors who offer extra
        points for shopping with them - anywhere from 2 to 15 points per dollar
        spent! REDEEM: You can view your total points now or redeem them by
        visiting https://mycbfrewards.rewardschoices.com

===============================================================================
                    Business - eChecking ACCOUNT 2098255006
===============================================================================
         DESCRIPTION           DEBITS      CREDITS    DATE        BALANCE

BALANCE LAST STATEMENT  ..............................  03/31/15     8,119.47
WorldPay DEP TRF LK437154 040115                300.00   04/02/15     8,419.47
UNITED MS UNITDMSSTL 8788270150017
                                  61.50                  04/02/15     8,357.97
ALARM FUNDING AS SERVICES 1808991
                                 118.77                  04/02/15     8,239.20
WorldPay STATEMENT LK437154                     398.50   04/03/15     8,637.70
WorldPay STATEMENT LK576298       15.00                  04/03/15     8,622.70
CHECK # 1091                     200.00                  04/03/15     8,422.70
DEPOSIT                                         400.00   04/06/15     8,822.70
DEPOSIT                                       4,005.00   04/06/15    12,827.70
WorldPay DEP TRF LK437154 040515                360.00   04/06/15    13,187.70
WorldPay DEP TRF LK437154 040415                480.00   04/06/15    13,667.70
WorldPay DEP TRF LK437154 040315                520.00   04/06/15    14,187.70
WorldPay DEP TRF LK437154 040615                 20.00   04/07/15    14,207.70
UNITED MS UNITDMSDEP 8788270150017              549.22   04/07/15    14,756.92
CHECK # 1094                     258.13                  04/07/15    14,498.79
CHECK # 1095                     254.05                  04/07/15    14,244.74
CHECK # 1096                     274.05                  04/07/15    13,970.69
CHECK # 1097                     200.00                  04/08/15    13,770.69
WorldPay DEP TRF LK437154 040815                560.00   04/09/15    14,330.69
                     * * *  C O N T I N U E D  * * *
```

```
                                                                        001715
                                                              PAGE:   2
                                    ACCOUNT:     2098255006   04/30/2015
                                    DOCUMENTS:            0
```



PZP Investments, Inc

```
===============================================================================
              Business - eChecking ACCOUNT 2098255006
===============================================================================
       DESCRIPTION              DEBITS     CREDITS    DATE         BALANCE

Deposited Item Returned         214.00               04/09/15    14,116.69
Deposited Item Returned Charge   10.00               04/09/15    14,106.69
WorldPay DEP TRF LK437154 040915           800.00    04/10/15    14,906.69
CHECK # 1092                    964.50               04/10/15    13,942.19
CHECK # 1093                    800.00               04/10/15    13,142.19
WorldPay DEP TRF LK437154 041115           200.00    04/13/15    13,342.19
WorldPay DEP TRF LK437154 041015           720.00    04/13/15    14,062.19
WorldPay DEP TRF LK437154 041215           960.00    04/13/15    15,022.19
MDWS M-DWASDPMT 000000594166057  16.50               04/13/15    15,005.69
FIRST INSURANCE INSURANCE 900-479758
                                981.94               04/13/15    14,023.75
DEPOSIT                                  5,768.15    04/14/15    19,791.90
UNITED MS UNITDMSDEP 8788270150017         200.00    04/14/15    19,991.90
MY ALARM CENTER, SERVICES 5285138 49.43              04/14/15    19,942.47
CHECK # 1101                    258.13               04/14/15    19,684.34
CHECK # 1103                    274.05               04/14/15    19,410.29
CHECK # 1104                    200.00               04/14/15    19,210.29
CHECK # 1102                    254.05               04/15/15    18,956.24
WorldPay DEP TRF LK437154 041515           320.00    04/16/15    19,276.24
CHECK # 1100                    474.80               04/16/15    18,801.44
WorldPay DEP TRF LK437154 041615           520.00    04/17/15    19,321.44
WASTE SERVICES ONLINE PAY 0084-020281
                                230.00               04/17/15    19,091.44
IRS USATAXPYMT 270550772077310  868.00               04/17/15    18,223.44
WASTE SERVICES ONLINE PAY 0084-020281
                              1,260.64               04/17/15    16,962.80
DEPOSIT                                  1,000.00    04/20/15    17,962.80
DEPOSIT                                  6,237.77    04/20/15    24,200.57
WorldPay DEP TRF LK437154 041915           620.00    04/20/15    24,820.57
339408 POS SIG PURCH NORTHERN TOOL EQUIPMNT NORTHERN
   TOOL EQUI CUTLER R           267.48               04/20/15    24,553.09
320330 POS SIG PURCH NORTHERN TOOL EQUIPMNT NORTHERN
   TOOL EQUI CUTLER R           299.56               04/20/15    24,253.53
FPL DIRECT DEBIT ELEC PYMT 7935467543 WEBI
                                 31.55               04/20/15    24,221.98
ATT Payment 633779002MYW9H      239.17               04/20/15    23,982.81
FPL DIRECT DEBIT ELEC PYMT 2674997131 WEBI
                              5,000.00               04/20/15    18,982.81
DEPOSIT                                  3,177.69    04/21/15    22,160.50
CHECK # 1107                    258.13               04/21/15    21,902.37
CHECK # 1109                    274.05               04/21/15    21,628.32
UNITED MS UNITDMSDEP 8788270150017          48.15    04/22/15    21,676.47
CHECK # 1098                    146.57               04/22/15    21,529.90
CHECK # 1105                    479.60               04/22/15    21,050.30
CHECK # 1108                    254.05               04/22/15    20,796.25
                    * * *  C O N T I N U E D  * * *
```

```
                                                                              001715
                                                             PAGE:    3     3
                                        ACCOUNT:    2098255006   04/30/2015
                                        DOCUMENTS:           0
```



PZP Investments, Inc

```
================================================================================
                    Business - eChecking ACCOUNT 2098255006
================================================================================
         DESCRIPTION                DEBITS        CREDITS    DATE        BALANCE

CHECK # 1110                        200.00                   04/22/15    20,596.25
CHECK # 1111                        146.57                   04/22/15    20,449.68
WorldPay DEP TRF LK437154 042215                  300.00     04/23/15    20,749.68
CHECK # 1099                      5,102.40                   04/23/15    15,647.28
WorldPay DEP TRF LK437154 042315                  200.00     04/24/15    15,847.28
Deposited Item Returned           2,000.00                   04/24/15    13,847.28
Deposited Item Returned Charge       10.00                   04/24/15    13,837.28
FPL DIRECT DEBIT ELEC PYMT 2674997131 WEBI
                                  3,489.35                   04/24/15    10,347.93
CHECK # 1106                         60.00                   04/24/15    10,287.93
DEPOSIT                                         2,000.00     04/27/15    12,287.93
WorldPay DEP TRF LK437154 042615                  520.00     04/27/15    12,807.93
WorldPay DEP TRF LK437154 042415                  940.00     04/27/15    13,747.93
UNITED MS UNITDMSDEP 8788270150017                 42.00     04/28/15    13,789.93
WorldPay DEP TRF LK437154 042715                  160.00     04/28/15    13,949.93
CHECK # 1113                        258.13                   04/28/15    13,691.80
CHECK # 1115                        274.05                   04/28/15    13,417.75
UNITED MS UNITDMSDEP 8788270150017                 50.00     04/29/15    13,467.75
CHECK # 1112                        650.00                   04/29/15    12,817.75
CHECK # 1114                        254.05                   04/29/15    12,563.70
CHECK # 1116                        200.00                   04/29/15    12,363.70
WorldPay DEP TRF LK437154 042915                  320.00     04/30/15    12,683.70
Deposited Item Returned           2,000.00                   04/30/15    10,683.70
Deposited Item Returned Charge       10.00                   04/30/15    10,673.70
FIRST INSURANCE INSURANCE 900-858225
                                  1,068.86                   04/30/15     9,604.84
SERVICE CHARGE                       20.99                   04/30/15     9,583.85
BALANCE THIS STATEMENT ...............................       04/30/15     9,583.85

TOTAL CREDITS       (32)         32,696.48   AVERAGE BALANCE             13,855.84
TOTAL DEBITS        (49)         31,232.10
================================================================================
                              YOUR CHECKS SEQUENCED
================================================================================
DATE...CHECK #......AMOUNT DATE...CHECK #......AMOUNT DATE...CHECK #......AMOUNT

04/03    1091       200.00  04/08   1097       200.00  04/14   1103       274.05
04/10    1092       964.50  04/22   1098       146.57  04/14   1104       200.00
04/10    1093       800.00  04/23   1099     5,102.40  04/22   1105       479.60
04/07    1094       258.13  04/16   1100       474.80  04/24   1106        60.00
04/07    1095       254.05  04/14   1101       258.13  04/21   1107       258.13
04/07    1096       274.05  04/15   1102       254.05  04/22   1108       254.05
                            * * * C O N T I N U E D * * *
```

```
                                                                       001715
                                                              PAGE:    4
                                    ACCOUNT:     2098255006   04/30/2015    4
                                    DOCUMENTS:            0
```



PZP Investments, Inc

```
===============================================================
                     YOUR CHECKS SEQUENCED
===============================================================
DATE...CHECK #......AMOUNT DATE...CHECK #......AMOUNT DATE...CHECK #......AMOUNT

04/21    1109      274.05  04/29    1112      650.00  04/28    1115      274.05
04/22    1110      200.00  04/28    1113      258.13  04/29    1116      200.00
04/22    1111      146.57  04/29    1114      254.05

          - - - ITEMIZATION OF SERVICE CHARGE PAID THIS PERIOD - - -

          TOTAL CHARGE FOR Business eChecking:               19.99
          TOTAL CHARGE FOR CHECKS PAID:                       1.00
                                                     ---------------
                TOTAL SERVICE CHARGE PAID:                   20.99

          - - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

     ***************************************************************
     *                              |   TOTAL FOR    |    TOTAL     *
     *                              |   THIS PERIOD  |  YEAR TO DATE*
     *------------------------------|----------------|--------------*
     * TOTAL OVERDRAFT FEES:        |       $.00     |      $.00    *
     *------------------------------|----------------|--------------*
     * TOTAL RETURNED ITEM FEES:    |       $.00     |      $.00    *
     ***************************************************************
```